BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SUPHAN SAISEE,<br><br>                    Defendant. | CASE NO. 1:13-CR-294  LJO<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO SUPHAN SAISEE |

   Pursuant to the motion by the United States, IT IS HEREBY ORDERED in the interest of justice that the indictment against SUPHAN SAISEE be dismissed without prejudice to refiling.

IT IS SO ORDERED.

   Dated:   **May 18, 2015**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS                                         2