**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, SUPHAN SAISEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPHAN SAISEE,<br><br>  Defendant. | CASE NO.  1:13-cr-00294-LJO-SKO<br><br>ORDER DIRECTING<br>CLERK TO RECONVEY PASSPORT |

Defendant, by and through undersigned counsel, hereby moves the court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey Suphan Saisee's Thailand Passport, #M848886, to Carol Moses, Attorney for Mr. Saisee.

Dated:  May 18, 2015                              Respectfully submitted,

                                                                  /s/ Carol Ann Moses
                                                                  CAROL ANN MOSES
                                                                  Attorney for Defendant,
                                                                  SUPHAN SAISEE

IT IS SO ORDERED.

   Dated:   **May 19, 2015**                        **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DIRECTING
CLERK TO RECONVEY PASSPORT

1