**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant, SUPHAN SAISEE

FILED
JUN 01 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUPHAN SAISEE,<br><br>Defendant. | CASE NO. 1:13-cr-00294-LJO-SKO<br><br>APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON |

Defendant, SUPHAN SAISEE, by and through his attorney of record, Carol Ann Moses, hereby moves the Court for an order exonerating the $5,000 cash bond deposited with the Clerk of the United States District Court for the Eastern District of California on October 15, 2013, receipt #CAE100023957.

The Government filed a Motion to Dismiss the Indictment against Defendant, SUPHAN SAISEE, on May 15, 2015. The Court signed an order dismissing the indictment against Defendant SUPHAN SAISEE on May 18, 2015.

Dated: June 1, 2015                                   Respectfully submitted,


                                                                  /s/ Carol Ann Moses
                                                                  CAROL ANN MOSES
                                                                  Attorney for Defendant,
                                                                  SUPHAN SAISEE

1 **ORDER**

2

3       IT IS HEREBY ORDERED that the cash bond posted by NONGKHANE

4 RATSASOMBATH is exonerated and the Clerk of the United States District Court for the

5 Eastern District of California is directed to return the $5,000 cash [Receipt #CAE100023957] to

6 NONGKHANE RATSASOMBATH, 45-850 Luana Place, #C2, Kaneohe HI 96744.

7

8 Dated: June 1, 2015                                    _____
                                                         LAWRENCE J. O'NEILL
9                                                        UNITED STATES DISTRICT JUDGE

APPLICATION FOR ORDER EXONERATING
CASH BOND AND ORDER THEREON                                                              2